THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GARY L. KELLAS, Defendant-Appellant.

(No. 56753; )

First District (1st Division)—April 2, 1973.

Opinion by Mr. JUSTICE EGAN.

Allan A. Ackerman and Robert J. Cooley, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and William K. Hedrick, Assistant State's Attorneys, of counsel,) for the People.